

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00617-CV

**IN RE** Teresita **CUTLER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Luz Elena D. Chapa, Justice

Delivered and Filed:  September 10, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On September 2, 2014, relator Teresita Cutler filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-00007, styled *In the Matter of the Marriage of Teresita Cutler and Ernest Eugene Cutler Jr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.